UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                                           Criminal Case No. 14-CR-20589

vs.                                                                             HON. BERNARD A. FRIEDMAN

D1 - SOPHIA EGGLESTON,

    Defendant.
_____/

## OPINION AND ORDER DENYING DEFENDANT'S
## SEVEN MOST RECENT MOTIONS AND PETITIONS
## AND SETTING TRIAL DATE

        This matter is before the Court on defendant's seven most recent motions and petitions: the motion to "fire lawyer" [docket entry 120]; motion to stop commitment to the Bureau of Prisons [docket entry 122]; motion "to strike Dr. Lemon['s] report down and proceed to trial" [docket entry 123]; motion entitled, "Rule 12 Pleadings and PreTrial Motions Rule 12(b)(3) and 12(b)(4) Plea in Demurrer" [docket entry 127]; petition for an ethics investigation into defendant's former attorney [docket entry 128]; and duplicates of docket entries 127 and 128 [docket entries 129 and 130]. Pursuant to E.D. Mich. LR 7.1(f)(2), the Court shall decide these motions without a hearing.

        The Court—having reviewed the docket, motions, petitions, and applicable law— holds that all of these motions and petitions are meritless. Defendant fails to present cognizable issues.

        Accordingly,

        IT IS ORDERED that the seven motions and petitions listed above are denied.

IT IS FURTHER ORDERED that the case shall proceed to trial on April 17, 2018, at 9:00 a.m.

Dated: February 28, 2018           s/Bernard A. Friedman
     Detroit, Michigan          BERNARD A. FRIEDMAN
                                      SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 28, 2018.

                                              s/Johnetta M. Curry-Williams
                                              Case Manager