UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                Criminal No. 14-CR-20589-01

vs.                                                        HON. BERNARD A. FRIEDMAN

SOPHIA EGGLESTON,

    Defendant.
_____/

**AMENDED ORDER GRANTING IN PART DEFENDANT'S MOTION TO
MODIFY HER SENTENCE OR TO EXTEND HER SELF-SURRENDER DATE**

        Defendant has filed a renewed motion in this matter to modify her sentence (to serve her prison term at home) or, alternatively, to extend her self-surrender date [docket entry 244]. For cause shown, and with the government's concurrence, the motion is granted as to the extension of defendant's self-surrender date. In light of the ongoing Covid-19 pandemic and its impact on Bureau of Prisons ("BOP") facilities, as well as defendant's various health complications, defendant's self-surrender date is extended by an additional six months. Accordingly,

        IT IS ORDERED that defendant's motion to extend her self-surrender date is granted. Defendant's self-surrender date is postponed until September 1, 2021, or as soon thereafter as the BOP may direct.

        IT IS FURTHER ORDERED that defendant's motion to modify her sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (the "compassionate release" statute) is denied as premature, as defendant is not in custody at this time.

                                                                     s/Bernard A. Friedman_____
                                                                     BERNARD A. FRIEDMAN
Dated: January 27, 2021             SENIOR UNITED STATES DISTRICT JUDGE
       Detroit, Michigan